**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Noel Martinez SANCHEZ, Defendant— Appellant.**

No. 02–50347.
D.C. No. CR–01–02957–MJL.

United States Court of Appeals,
Ninth Circuit.

Submitted July 11, 2003.*

Decided July 15, 2003.

Before KOZINSKI, FERNANDEZ, and RYMER, Circuit Judges.

MEMORANDUM **

Noel Martinez–Sanchez appeals his conviction and sentence for attempted reentry

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

after deportation in violation of 8 U.S.C. § 1326. We affirm.

Any error pertaining to the admission of Martinez–Sanchez's statements to INS Inspector West, the government's eliciting expert testimony from INS Inspector Armijo, or references by government witnesses to Martinez–Sanchez's criminal history is harmless beyond a reasonable doubt given the overwhelming evidence of guilt presented at trial, including Martinez–Sanchez's confession on the stand to each element of the offense.

Documents from Martinez–Sanchez's A-file were not inadmissible hearsay or admitted in violation of the Confrontation Clause. *United States v. Hernandez–Herrera,* 273 F.3d 1213, 1217–18 (9th Cir. 2001).

Finally, Martinez–Sanchez's argument that *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000) limits *Almendarez–Torres v. United States,* 523 U.S. 224, 226, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) to the specific facts of that case is foreclosed by *United States v. Arellano–Rivera,* 244 F.3d 1119, 1127–28 (9th Cir.2001), and *United States v. Pacheco–Zepeda,* 234 F.3d 411, 414–15 (9th Cir.2000).

AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.